**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KENNY TRAVIS, JR.                                                                                           PLAINTIFF
ADC # 119406

v.                                                      No. 5:14CV00378-JLH

LAFAYETTE WOODS, Sr.
Clerk of Court, Jefferson County, et al.                                                        DEFENDANTS

## ORDER

Plaintiff filed this action on October 17, 2014, alleging violations of his constitutional rights. On October 27, 2014, after reviewing plaintiff's litigative history, the magistrate judge determined that he was a "three-striker" within the meaning of 28 U.S.C. § 1915(g).  Document #3.  Plaintiff was directed to tender the statutory filing fee in fourteen days and warned that failure to do so would result in the dismissal of this action.  *Id*.  More than fourteen days have passed, and plaintiff has not submitted the fee.  Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED this 16th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE