**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KENNY TRAVIS, JR.                                                                                         PLAINTIFF
ADC # 119406

v.                                      No. 5:14CV00378-JLH

LAFAYETTE WOODS, Sr.
Clerk of Court, Jefferson County, et al.                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 16th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE